IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. SCHWARTZMILLER, | C 10-0057 JSW (PR) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | |
| KENNETH CLARK, Warden, | |
| Respondent. | |

This is a habeas corpus case filed pro se by a state prisoner pursuant to 28 U.S.C. § 2254. On December 23, 2011, the petition was denied on the grounds of procedural default because the state courts held that both of his claims were forfeited when petitioner failed to make a contemporaneous objection on the grounds he relied upon in the appeal and in the instant petition. *See Inthavong v. Lamarque*, 420 F.3d 1055, 1058 (9th Cir. 2005) (affirming denial of petition for procedural default based on California's contemporaneous objection rule); *Davis v. Woodford*, 384 F.3d 628, (9th Cir. 2004) (holding objection on evidentiary ground insufficient to preserve constitutional claim, which therefore was procedurally barred on federal habeas); *Paulino v. Castro*, 371 F.3d 1083, 1092–93 (9th Cir. 2004) (holding petitioner barred from challenging jury instruction for failure to object at trial); *Vansickel v. White*, 166 F.3d 953, 957–58 (9th Cir. 1999) (holding petitioner barred from challenging denial of peremptory challenges for failure to contemporaneously object). A certificate of appealability was denied in the same order.

About a year later, Petitioner filed a motion for reconsideration, which was denied

1 on March 22, 2013. Petitioner appealed the order denying reconsideration, and the Court
2 of Appeals issued a limited remand order directing this Court to determine whether a
3 certificate of appealability should be granted. No reasonable jurist would disagree that
4 Petitioner presented no grounds for reconsidering the denial of the petition. Therefore, a
5 certificate of appealability is DENIED.

6 **IT IS SO ORDERED.**

7 DATED: May 13, 2013

8 JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. SCHWARTZMILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>KENNETH CLARK et al,<br><br>        Defendant. | Case Number: CV10-00057 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean A. Schwartzmiller
F67490
P.O. Box 5246
Corcoran, CA 93212

Dated: May 13, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk